168 A.3d 58

**BOLLING, Jermaine A.**

v.

**STATE of Maryland**

**Pet. Docket No. 185, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 487, Sept. Term, 2016).

Petition for writ of certiorari denied

■

168 A.3d 58

**CANNON, Rodrick Dwayne**

v.

**STATE of Maryland**

**Pet. Docket No. 146, Sept. Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 882, Sept. Term, 2016).

Petition for writ of certiorari denied